1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN DEON TURNER, JR.,              Case No.   1:19-cv-00120-LJO-JDP

12                    Petitioner,          ORDER DENYING PETITIONER'S MOTION
                                           TO WITHDRAW, DISMISSING CASE
13        v.                               WITHOUT PREJUDICE, AND DIRECTING
                                           CLERK OF COURT TO CLOSE THE CASE
14   WILLIAM JOE SULLIVAN,
                                           ECF No. 10
15                    Respondent.

16

17        Petitioner Steven Deon Turner, Jr., a state prisoner without counsel, seeks a writ of habeas

18   corpus under 28 U.S.C. § 2254.  ECF No. 1.  On December 2, 2019, petitioner moved to dismiss

19   his petition without prejudice.  ECF No. 10.

20        Federal Rule of Civil Procedure 41(a)(1)(A)(i) governs notices of voluntary dismissal of

21   § 2254 petitions.  *See* Rules Governing Section 2254 Cases, Rule 12; *Luna v. Kernan*, 784 F.3d

22   640, 643 (9th Cir. 2015); *Bhamani v. Apker*, No. 1:17-cv-1572, 2018 WL 684896, at *1 (E.D.

23   Cal. Feb. 1, 2018) (collecting cases).  Under Rule 41(a)(1)(A)(i), "the plaintiff may dismiss an

24   action without a court order by filing. . . a notice of dismissal before the opposing party serves

25   either an answer. . . ."  Voluntary dismissal under Rule 41(a)(1)(A)(i) is automatic and requires

26   no court order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Luna*, 784 F.3d at 643.

27

28

                                               1

Here, petitioner has filed a motion to dismiss this case without prejudice. ECF No. 10. Rule 41 is self-executing, so a motion to dismiss is unnecessary. Accordingly, the court will deny the motion to dismiss but direct the clerk of the court to close the case.

For these reasons,

1.  Petitioner Steven Turner Jr.'s voluntary motion to dismiss the case without prejudice is denied. ECF No. 10.

2.  Petitioner has dismissed the case without prejudice.

3.  The clerk of the court is directed to close the case.

IT IS SO ORDERED.

Dated:    December 10, 2019

UNITED STATES MAGISTRATE JUDGE

No. 206.

2